FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 MAR 26 PM 12: 21
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19cr54 |
| Plaintiff, | : | INDICTMENT |
| | : | 21 U.S.C. § 841(a)(1) |
| v. | : | 21 U.S.C. § 846 |
| DRAMIER DAVIS SR. | : | THOMAS M. ROSE |
| Defendant. | : | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

Between a beginning date unknown, but least by in or around February 2019, and on or about February 27, 2019, in the Southern District of Ohio, defendant **DRAMIER DAVIS SR.** and others unknown to the Grand Jury knowingly and intentionally conspired to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of

Page 1 of 2

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

COUNT TWO

[21 U.S.C. §§ 846 KC ~~841(a)~~(1) and 841(b)(1)(A)]

On or about February 27, 2019, in the Southern District of Ohio, defendant **DRAMIER DAVIS SR.** knowingly and intentionally attempted to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)

A TRUE BILL

S|
Foreperson

BENJAMIN C. GLASSMAN
United States Attorney

BRENT G. TABACCHI
Assistant United States Attorney

